IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION



U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

SEP 26 2017

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | No. 4:17-CR-158-A |
| § | |
| MARC ELLIOT BOOKER (02) § | |
| a/k/a "Tattoo" § | |

## FACTUAL RESUME

INFORMATION: Count ONE: Conspiracy to Possess with Intent to Distribute a Controlled Substance (methamphetamine) (in violation of 21 U.S.C. § 846, and 21 U.S.C. §§ 841(a)(1) and (b)(1)(B))

PENALTY: $5,000,000 fine – not less than 5 years imprisonment and not more than 40 years imprisonment, or both such fine and imprisonment, plus a term of supervised release of not less than 4 years.

MAXIMUM PENALTY:
$5,000,000 fine and not less than five (5) years nor more than forty (40) years imprisonment, plus a term of supervised release of not less than 4 years. If the defendant violates any condition of supervised release, the Court may revoke such term of supervised release and require the defendant to serve an additional period of confinement. Further the Court must impose a Mandatory Special Assessment of $100.00.

ELEMENTS OF THE OFFENSE:
The essential elements which must be proved beyond a reasonable doubt in order to establish the offenses charged in Count One of the Information are as follows:

First: That two or more persons, directly or indirectly, reached an agreement to distribute or possess with intent to distribute a controlled substance, as charged in the information;

Second: That the defendant knew of the unlawful purpose of the agreement;

Third: That the defendant joined in the agreement willfully, that is, with the intent to further its unlawful purpose; and

**Factual Resume – Page 1**

<u>Fourth</u>: That the overall scope of the conspiracy involved at least 50 grams of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

## STIPULATED FACTS:

In 2015 and 2016, Marc Elliot Booker received multi-ounce quantities of methamphetamine from Mandy Turner, often on consignment and then distributed the methamphetamine to others in the Ft. Worth division of the Northern District of Texas. In this manner, Marc Elliot Booker conspired with others to possess with intent to distribute more than 50 grams of methamphetamine.

AGREED AND STIPULATED on this 7TH day of September 2017.

_____  _____
MARC ELLIOT BOOKER               PAUL T. LUND
Defendant                        Attorney for Defendant

**Factual Resume – Page 2**